UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION



2004 FEB 13 A 10: 51

MIDDLE DISTRICT COURT
DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,
  Plaintiff,

v.                                                  Case No. 3:70-CV-636-J-25TEM

BRADFORD COUNTY SCHOOL DISTRICT,
  Defendant.
_____/

### NOTICE OF FILING THE BRADFORD COUNTY SCHOOL DISTRICT CIVIL RIGHTS REPORT FOR 2003-2004

**COMES NOW**, the undersigned attorney for the Defendant, BRADFORD COUNTY SCHOOL DISTRICT, and gives notice of the filing of the original Bradford County School District Civil Rights Report for 2003-2004.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished by overnight mail to the U.S. Department of Justice, Civil Rights Division, Educational Opportunities Section, AMY I. BERMAN, Trial Attorney, 601 D Street, N.W., Suite 4300, Washington, D.C. 20004.

**DATED** this 23rd day of January, 2004.

PHYLLIS M. ROSIER, P.A.

_____
Phyllis M. Rosier
100 West Call Street
Starke, Florida 32091
(904) 964-4701
Fax: 964-4356
Florida Bar No.: 333883

3

# ADDITIONAL EXHIBITS NOT SCANNED

**\*\*REFER TO COURT FILE\*\***