FILED

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                         CASE NO.:   3:70-cv-636-HLA

ST. JOHNS COUNTY SCHOOL DISTRICT,
et al.,

    Defendants.
_____/

## NOTICE OF FILING REPORT

Pursuant to the Order entered in the above cause on August 11, 1971, and in compliance with Paragraph 4 of said Order, Defendant St. Johns County School District respectfully submits for filing with the Court, the March, 2010, bi-annual student report.

UPCHURCH, BAILEY AND UPCHURCH, P.A.

By_____
Frank D. Upchurch III
Florida Bar No. 195211
Post Office Drawer 3007
St. Augustine, Florida 32085-3007
Telephone No. (904) 829-9066
Facsimile No. (904) 825-4862

Attorneys for Defendant St. Johns County School District

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been sent by U.S. Certified Mail/Return Receipt Requested, to the General Litigation Section, Civil Rights Division, Department of Justice, Washington, D.C. 20530, this 22 day of March, 2010.