IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO. 3:70-CV-636 |
| | ) | |
| vs. | ) | |
| | ) | |
| ST. JOHNS COUNTY SCHOOL DISTRICT, *et al.* | ) | |
| | ) | |
| Defendants. | ) | |

## REPORT OF DEFENDANT ST. JOHNS COUNTY SCHOOL DISTRICT

Pursuant to the order on the parties' joint motion for approval of stipulation regarding the District's reporting requirements entered October 6, 2015, Defendant St. Johns County School District ("District") submits the following annual report:

a) <u>Student Assignment</u>. A table showing the percentage of black, white and other students attending each school within the District for the current year and nine years prior is attached hereto as Exhibit "A."

b) <u>Administrators, Staff and Faculty</u>. A table showing the racial demographics of the administrators, instructors and non-instructional personnel working at each school within the District is attached hereto as Exhibit "B."

c) <u>Facilities</u>. A table showing the enrollment and capacity of each District school, including the number of students attending school in relocatable classrooms, is attached hereto as Exhibit "C."

d) <u>Transportation</u>. It is confirmed that the District transportation services are provided on an integrated and non-discriminatory basis.

e) <u>Extra-curricular Activities</u>. It is confirmed that the full spectrum of extra-curricular activities offered at each school are available to all students without regard to their race.

Dated: January 21, 2016

UPCHURCH, BAILEY AND UPCHURCH, P.A.

_____
Frank D. Upchurch III
Florida Bar No.: 195211
Post Office Drawer 3007
St. Augustine, Florida 32085-3007
Telephone No.: (904) 829-9066
Fax No.: (904) 825-4862
Primary email: fdupchurch@ubulaw.com
Secondary email: cindy@ubulaw.com

*Attorneys for Defendant*
*St. Johns County School District*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing instrument was automatically forwarded this 21 day of January, 2016, via the Court's ECF system to all parties of record on the Court's ECF system; and

Emily McCarthy
Christoper Awad
Educational Opportunities Section PHB
Civil Rights Divisions
U.S. Department of Justice
Email: Emily.McCarthy@usdoj.gov
Email: Christopher.Awad@usdoj.gov

_____
Frank D. Upchurch III
*Attorney for Defendant*
*St. Johns County School District*

2

ST. JOHNS COUNTY SCHOOL DISTRICT
TEN YEAR DEMOGRAPHICS
PERCENTAGE OF BLACK STUDENTS AS COMPARED
TO ALL OTHER RACES OF STUDENTS

| SCHOOL | 2015-2016 | | 2014-2015 | | 2013-2014 | | 2012-2013 | | 2011-2012 | | 2010-2011 | | 2009-2010 | | 2008-2009 | | 2007-2008 | | 2006-2007 | | 2005-2006 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | B % OF SCHOOL | Other % of SCHOOL | B % OF SCHOOL | Other % of SCHOOL | B % OF SCHOOL | Other % of SCHOOL | B % OF SCHOOL | Other % of SCHOOL | B % OF SCHOOL | Other % of SCHOOL | B % OF SCHOOL | Other % of SCHOOL | B % OF SCHOOL | Other % of SCHOOL | B % OF SCHOOL | Other % of SCHOOL | B % OF SCHOOL | Other % of SCHOOL | B % OF SCHOOL | Other % of SCHOOL | B % OF SCHOOL | Other % of SCHOOL |
| **ELEMENTARY SCHOOLS:** | | | | | | | | | | | | | | | | | | | | | | |
| Crookshank Elementary | 22.2% | 77.8% | 23.1% | 76.9% | 21.3% | 78.7% | 22.8% | 77.2% | 20.6% | 79.4% | 22.3% | 77.7% | 19.9% | 80.1% | 23.4% | 76.6% | 27.2% | 72.8% | 25.7% | 74.3% | 30.0% | 70.0% |
| Cunningham Creek Elementary | 6.0% | 94.0% | 6.1% | 93.9% | 6.8% | 93.2% | 6.8% | 93.2% | 6.8% | 93.2% | 6.4% | 93.6% | 6.5% | 93.5% | 6.7% | 93.3% | 5.8% | 94.2% | 5.3% | 94.7% | 3.4% | 96.6% |
| Durbin Creek Elementary | 3.2% | 96.8% | 3.7% | 96.3% | 4.3% | 95.7% | 5.4% | 94.6% | 4.4% | 95.6% | 4.5% | 95.5% | 3.7% | 96.3% | 4.2% | 95.8% | 3.9% | 96.1% | 3.2% | 96.8% | 3.5% | 96.5% |
| Hartley Elementary | 7.4% | 92.6% | 6.3% | 93.7% | 7.5% | 92.5% | 7.6% | 92.4% | 9.4% | 90.6% | 11.2% | 88.8% | 9.7% | 90.3% | 9.0% | 91.0% | 8.9% | 91.1% | 9.3% | 90.7% | 8.4% | 91.6% |
| Hickory Creek Elementary | 3.0% | 97.0% | 2.5% | 97.5% | 2.6% | 97.4% | 1.8% | 98.2% | 2.4% | 97.6% | 3.5% | 96.5% | 3.3% | 96.7% | 3.2% | 96.8% | 2.8% | 97.2% | 2.1% | 97.9% | 1.8% | 98.2% |
| Julington Creek Elementary | 3.9% | 96.1% | 5.0% | 95.0% | 5.2% | 94.8% | 4.8% | 95.2% | 3.7% | 96.3% | 4.1% | 95.9% | 3.8% | 96.2% | 4.2% | 95.8% | 4.1% | 95.9% | 4.1% | 95.9% | 3.6% | 96.4% |
| Ketterlinus Elementary | 7.1% | 92.9% | 7.8% | 92.2% | 7.9% | 92.1% | 10.4% | 89.6% | 9.4% | 90.6% | 9.5% | 90.5% | 9.4% | 90.6% | 7.7% | 92.3% | 8.8% | 91.2% | 9.5% | 90.5% | 8.4% | 91.6% |
| Mason Elementary | 12.4% | 87.6% | 13.4% | 86.6% | 14.3% | 85.7% | 11.6% | 88.4% | 13.4% | 86.6% | 13.1% | 86.9% | 15.0% | 85.0% | 15.5% | 84.5% | 15.7% | 84.3% | 15.1% | 84.9% | 13.8% | 86.2% |
| Mill Creek Elementary | 4.1% | 95.9% | 3.5% | 96.5% | 4.7% | 95.3% | 5.2% | 94.8% | 4.8% | 95.2% | 4.8% | 95.2% | 4.5% | 95.5% | 4.8% | 95.2% | 4.4% | 95.6% | 5.0% | 95.0% | 5.5% | 94.5% |
| Ocean Palms Elementary | 2.2% | 97.8% | 2.0% | 98.0% | 4.1% | 95.9% | 4.0% | 96.0% | 4.5% | 95.5% | 3.0% | 97.0% | 2.9% | 97.1% | 2.6% | 97.4% | 2.8% | 97.2% | 1.3% | 98.7% | 1.4% | 98.6% |
| Osceola Elementary | 25.9% | 74.1% | 26.0% | 74.0% | 25.6% | 74.4% | 22.9% | 77.1% | 22.5% | 77.5% | 22.1% | 77.9% | 21.1% | 78.9% | 20.7% | 79.3% | 21.6% | 78.4% | 17.4% | 82.6% | 15.6% | 84.4% |
| Palencia Elementary | 2.9% | 97.1% | 2.5% | 97.5% | 3.9% | 96.1% | 4.0% | 96.0% | | | | | | | | | | | | | | |
| PVPV/Rawlings Elementary | 0.6% | 99.4% | 0.7% | 99.3% | 1.4% | 98.6% | 1.5% | 98.5% | 2.1% | 97.9% | 1.8% | 98.2% | 2.1% | 97.9% | 1.8% | 98.2% | 1.8% | 98.2% | 1.8% | 98.2% | 1.7% | 98.3% |
| R.B. Hunt Elementary | 2.3% | 97.7% | 2.5% | 97.5% | 1.8% | 98.2% | 1.6% | 98.4% | 2.4% | 97.6% | 3.7% | 96.3% | 4.5% | 95.5% | 5.3% | 94.7% | 5.5% | 94.5% | 4.5% | 95.5% | 3.6% | 96.4% |
| South Woods Elementary | 18.6% | 81.4% | 19.8% | 80.2% | 21.9% | 78.1% | 21.0% | 79.0% | 21.2% | 78.8% | 25.6% | 74.4% | 25.8% | 74.2% | 25.9% | 74.1% | 25.0% | 75.0% | 24.3% | 75.7% | 25.1% | 74.9% |
| Timberlin Creek Elementary | 3.1% | 96.9% | 3.2% | 96.8% | 2.8% | 97.2% | 3.6% | 96.4% | 4.5% | 95.5% | 5.0% | 95.0% | 4.9% | 95.1% | 5.5% | 94.5% | 4.6% | 95.4% | 4.9% | 95.1% | 4.8% | 95.2% |
| Wards Creek Elementary | 2.8% | 97.2% | 3.5% | 96.5% | 4.1% | 95.9% | 3.5% | 96.5% | 4.2% | 95.8% | 4.2% | 95.8% | 4.5% | 95.5% | 6.5% | 93.5% | 5.9% | 94.1% | | | | |
| Webster School | 26.6% | 73.4% | 27.4% | 72.6% | 25.4% | 74.6% | 29.3% | 70.7% | 30.6% | 69.4% | 31.9% | 68.1% | 28.9% | 71.1% | 28.7% | 71.3% | 33.9% | 66.1% | 33.4% | 66.6% | 32.9% | 67.1% |
| **ELEMENTARY DISTRICT PERCENTAGE** | **7.9%** | **92.1%** | **8.4%** | **91.6%** | **8.1%** | **91.9%** | **8.3%** | **91.7%** | **8.8%** | **91.2%** | **9.2%** | **90.8%** | **8.7%** | **91.3%** | **9.0%** | **91.0%** | **9.3%** | **90.7%** | **8.9%** | **91.1%** | **8.7%** | **91.3%** |
| | | | | | | | | | | | | | | | | | | | | | | |
| **K-8 SCHOOL:** | | | | | | | | | | | | | | | | | | | | | | |
| Liberty Pines Academy | 4.2% | 95.8% | 3.9% | 96.1% | 4.6% | 95.4% | 5.8% | 94.2% | 4.8% | 95.2% | 4.5% | 95.5% | 4.8% | 95.2% | 4.4% | 95.6% | | | | | | |
| Patriot Oaks Academy | 4.3% | 95.7% | 4.3% | 95.7% | | | | | | | | | | | | | | | | | | |
| Valley Ridge Academy | 4.1% | 95.9% | 4.2% | 95.8% | | | | | | | | | | | | | | | | | | |
| **K-8 DISTRICT PERCENTAGE** | **4.2%** | **95.8%** | **4.1%** | **95.9%** | **4.6%** | **95.4%** | **5.8%** | **94.2%** | **4.8%** | **95.2%** | **4.5%** | **95.5%** | **4.8%** | **95.2%** | **4.4%** | **95.6%** | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | |
| **MIDDLE SCHOOLS:** | | | | | | | | | | | | | | | | | | | | | | |
| Fruit Cove Middle | 4.6% | 95.4% | 4.0% | 96.0% | 3.7% | 96.3% | 4.4% | 95.6% | 4.9% | 95.1% | 4.3% | 95.7% | 4.3% | 95.7% | 3.9% | 96.1% | 3.9% | 96.1% | 3.5% | 96.5% | 3.5% | 96.5% |
| Gamble Rogers Middle | 8.4% | 91.6% | 8.5% | 91.5% | 8.4% | 91.6% | 8.1% | 91.9% | 8.1% | 91.9% | 6.7% | 93.3% | 8.0% | 92.0% | 9.0% | 91.0% | 9.2% | 90.8% | 10.3% | 89.7% | 10.7% | 89.3% |
| Landrum Middle | 1.2% | 98.8% | 1.1% | 98.9% | 2.2% | 97.8% | 2.6% | 97.4% | 2.7% | 97.3% | 2.6% | 97.4% | 3.0% | 97.0% | 2.4% | 97.6% | 2.1% | 97.9% | 1.6% | 98.4% | 1.1% | 98.9% |
| Pacetti Bay Middle | 5.3% | 94.7% | 4.9% | 95.1% | 4.0% | 96.0% | 3.6% | 96.4% | 5.0% | 95.0% | 5.6% | 94.4% | 7.1% | 92.9% | 7.3% | 92.7% | 7.1% | 92.9% | | | | |
| R.J. Murray Middle | 19.4% | 80.6% | 19.8% | 80.2% | 22.7% | 77.3% | 22.8% | 77.2% | 24.2% | 75.8% | 24.6% | 75.4% | 25.2% | 74.8% | 20.8% | 79.2% | 22.8% | 77.2% | 22.2% | 77.8% | 23.7% | 76.3% |
| Sebastian Middle | 12.6% | 87.4% | 12.4% | 87.6% | 11.0% | 89.0% | 11.5% | 88.5% | 11.3% | 88.7% | 12.6% | 87.4% | 10.9% | 89.1% | 12.4% | 87.6% | 14.8% | 85.2% | 14.2% | 85.8% | 15.5% | 84.5% |
| Switzerland Point Middle | 4.9% | 95.1% | 5.0% | 95.0% | 6.8% | 93.2% | 4.8% | 95.2% | 4.7% | 95.3% | 5.3% | 94.7% | 5.0% | 95.0% | 5.1% | 94.9% | 4.9% | 95.1% | 5.6% | 94.4% | 6.4% | 93.6% |
| **MIDDLE SCHOOL DISTRICT PERCENTAGE** | **6.9%** | **93.1%** | **6.8%** | **93.2%** | **6.9%** | **93.1%** | **7.1%** | **92.9%** | **7.5%** | **92.5%** | **7.5%** | **92.5%** | **7.8%** | **92.2%** | **7.7%** | **92.3%** | **8.2%** | **91.8%** | **8.7%** | **91.3%** | **9.3%** | **90.7%** |
| | | | | | | | | | | | | | | | | | | | | | | |
| **HIGH SCHOOLS:** | | | | | | | | | | | | | | | | | | | | | | |
| Bartram Trail High | 6.0% | 94.0% | 6.7% | 93.3% | 6.6% | 93.4% | 5.9% | 94.1% | 5.5% | 94.5% | 5.1% | 94.9% | 5.2% | 94.8% | 4.6% | 95.4% | 4.7% | 95.3% | 4.5% | 95.5% | 3.3% | 96.7% |
| Creekside High | 4.8% | 95.2% | 5.1% | 94.9% | 5.1% | 94.9% | 5.1% | 94.9% | 4.9% | 95.1% | 4.5% | 95.5% | 4.6% | 95.4% | 5.2% | 94.8% | | | | | | |
| Nease High | 4.8% | 95.2% | 4.8% | 95.2% | 6.5% | 93.5% | 7.2% | 92.8% | 6.8% | 93.2% | 6.7% | 93.3% | 6.8% | 93.2% | 5.1% | 94.9% | 3.1% | 96.9% | 2.6% | 97.4% | 2.1% | 97.9% |
| Pedro Menendez High | 9.0% | 91.0% | 8.2% | 91.8% | 7.5% | 92.5% | 9.0% | 91.0% | 8.0% | 92.0% | 9.1% | 90.9% | 9.7% | 90.3% | 10.3% | 89.7% | 9.2% | 90.8% | 9.7% | 90.3% | 8.8% | 91.2% |
| Ponte Vedra High | 1.7% | 98.3% | 1.9% | 98.1% | 1.8% | 98.2% | 2.0% | 98.0% | 1.9% | 98.1% | 2.2% | 97.8% | 1.8% | 98.2% | 1.8% | 98.2% | | | | | | |
| St. Augustine High | 14.8% | 85.2% | 15.1% | 84.9% | 15.6% | 84.4% | 15.7% | 84.3% | 15.7% | 84.3% | 16.4% | 83.6% | 17.5% | 82.5% | 20.0% | 80.0% | 17.2% | 82.8% | 17.8% | 82.2% | 17.4% | 82.6% |
| **HIGH SCHOOL DISTRICT PERCENTAGE** | **6.7%** | **93.3%** | **6.9%** | **93.1%** | **7.2%** | **92.8%** | **7.5%** | **92.5%** | **7.2%** | **92.8%** | **7.4%** | **92.6%** | **7.9%** | **92.1%** | **8.4%** | **91.6%** | **7.7%** | **92.3%** | **7.8%** | **92.2%** | **7.1%** | **92.9%** |
| | | | | | | | | | | | | | | | | | | | | | | |
| **CHARTER SCHOOLS:** | | | | | | | | | | | | | | | | | | | | | | |
| ABLE Charter Middle | 9.5% | 90.5% | 18.8% | 81.2% | 10.1% | 89.9% | 10.5% | 89.5% | 15.7% | 84.3% | 8.7% | 91.3% | 7.3% | 92.7% | 3.2% | 96.8% | 1.5% | 98.5% | 4.6% | 95.4% | | |
| St. Augustine Public Montessori | 2.3% | 97.7% | 1.7% | 98.3% | 0.0% | 100.0% | 0.0% | 100.0% | | | | | | | | | | | | | | |
| St. Johns Community Campus | 21.9% | 78.1% | 16.7% | 83.3% | 7.1% | 92.9% | 10.0% | 90.0% | 25.0% | 75.0% | 25.0% | 75.0% | | | | | | | | | | |
| St. Paul School of Excellence | 98.3% | 1.7% | 98.3% | 1.7% | 100.0% | 0.0% | 97.8% | 2.2% | | | | | | | | | | | | | | |
| Therapeutic Learning Center | 8.3% | 91.7% | 8.3% | 91.7% | 14.3% | 85.7% | 16.7% | 83.3% | 7.7% | 92.3% | 7.7% | 92.3% | 16.0% | 84.0% | | | | | | | | |
| **CHARTER SCHOOL DISTRICT PERCENTAGE** | **28.9%** | **71.1%** | **33.6%** | **66.4%** | **33.9%** | **66.1%** | **26.7%** | **73.3%** | **15.7%** | **84.3%** | **9.7%** | **90.3%** | **8.6%** | **91.4%** | **2.9%** | **97.1%** | **1.4%** | **98.6%** | **4.0%** | **96.0%** | | |
| | | | | | | | | | | | | | | | | | | | | | | |
| **ALTERNATIVE SCHOOLS:** | | | | | | | | | | | | | | | | | | | | | | |
| Gaines Alternative | 21.2% | 78.8% | 25.0% | 75.0% | 37.3% | 62.7% | 22.2% | 77.8% | 17.6% | 82.4% | 10.5% | 89.5% | 46.9% | 53.1% | 35.7% | 64.3% | 34.9% | 65.1% | 32.6% | 67.4% | 9.1% | 90.9% |
| SJCSD Transition | 26.7% | 73.3% | 13.3% | 86.7% | 29.2% | 70.8% | 52.4% | 47.6% | 33.3% | 66.7% | 55.6% | 44.4% | 50.0% | 50.0% | 28.0% | 72.0% | 13.6% | 86.4% | 48.0% | 52.0% | | |
| St. Johns Technical High School | 32.0% | 68.0% | 23.6% | 76.4% | 20.4% | 79.6% | 15.2% | 84.8% | 19.4% | 80.6% | 20.2% | 79.8% | 25.4% | 74.6% | 24.9% | 75.1% | 16.7% | 83.3% | 19.0% | 81.0% | 18.3% | 81.7% |
| St. Johns Virtual | 3.2% | 96.8% | 2.3% | 97.7% | 1.2% | 98.8% | 1.9% | 98.1% | 3.3% | 96.7% | 0.9% | 99.1% | 4.5% | 95.5% | 2.9% | 97.1% | | | | | | |
| **ALTERNATIVE SCHOOL SUB-TOTAL** | **20.6%** | **79.4%** | **15.0%** | **85.0%** | **15.2%** | **84.8%** | **12.9%** | **87.1%** | **13.5%** | **86.5%** | **15.5%** | **84.5%** | **27.8%** | **72.2%** | **20.6%** | **79.4%** | **20.9%** | **79.1%** | **23.4%** | **76.6%** | **17.9%** | **82.1%** |
| | | | | | | | | | | | | | | | | | | | | | | |
| **DISTRICT TOTAL BY RACE** | **7.3%** | **92.7%** | **7.5%** | **92.5%** | **7.7%** | **92.3%** | **7.9%** | **92.1%** | **8.0%** | **92.0%** | **8.2%** | **91.8%** | **8.4%** | **91.6%** | **8.3%** | **91.7%** | **8.7%** | **91.3%** | **8.7%** | **91.3%** | **8.4%** | **91.6%** |

KEY:
B = Black Students
Other = Students of all Other Races

▓ Indicates School Not Yet Open

EXHIBIT "A"

ST. JOHNS COUNTY SCHOOL DISTRICT
INSTRUCTIONAL PERSONNEL
2015-2016 SY

| ELEMENTARY SCHOOLS | BLACK | % | OTHER | % | WHITE | % | TOTAL |
|---|---|---|---|---|---|---|---|
| Crookshank Elementary | 3 | 5% | 2 | 3% | 57 | 92% | 62 |
| Cunningham Creek Elementary | 2 | 3% | 1 | 1% | 66 | 96% | 69 |
| Durbin Creek Elementary | 1 | 2% | 0 | 0% | 43 | 98% | 44 |
| Hartley Elementary | 4 | 8% | 0 | 0% | 49 | 92% | 53 |
| Hickory Creek Elementary | 1 | 2% | 2 | 4% | 42 | 93% | 45 |
| Julington Creek Elementary | 3 | 7% | 0 | 0% | 42 | 93% | 45 |
| Ketterlinus Elementary | 3 | 8% | 1 | 3% | 34 | 89% | 38 |
| Mason Elementary | 2 | 5% | 1 | 2% | 41 | 93% | 44 |
| Mill Creek Elementary | 3 | 4% | 1 | 1% | 77 | 95% | 81 |
| Ocean Palms Elementary | 1 | 9% | 4 | 7% | 52 | 91% | 57 |
| Osceola Elementary | 0 | 0% | 0 | 0% | 53 | 100% | 53 |
| Palencia Elementary | 0 | 0% | 0 | 0% | 51 | 100% | 51 |
| PVPV/Rawlings Elementary | 1 | 1% | 0 | 0% | 77 | 99% | 78 |
| R.B. Hunt Elementary | 0 | 0% | 0 | 0% | 48 | 100% | 48 |
| South Woods Elementary | 3 | 6% | 1 | 2% | 45 | 92% | 49 |
| Timberlin Creek Elementary | 0 | 0% | 3 | 5% | 62 | 95% | 65 |
| Wards Creek Elementary | 2 | 3% | 2 | 3% | 58 | 94% | 62 |
| Webster School | 1 | 2% | 2 | 4% | 50 | 94% | 53 |
| **ELEMENTARY SCHOOL TOTAL** | **30** | **3%** | **20** | **2%** | **947** | **95%** | **997** |
| K-8 SCHOOLS | BLACK | % | OTHER | % | WHITE | % | TOTAL |
| Liberty Pines Academy | 2 | 2% | 2 | 2% | 86 | 96% | 90 |
| Patriot Oaks Academy | 0 | 0% | 0 | 0% | 85 | 100% | 85 |
| Valley Ridge Academy | 1 | 1% | 3 | 3% | 92 | 96% | 96 |
| **K-8 SCHOOL TOTAL** | **3** | **1%** | **5** | **2%** | **263** | **97%** | **271** |
| MIDDLE SCHOOLS | BLACK | % | OTHER | % | WHITE | % | TOTAL |
| Fruit Cove Middle | 1 | 2% | 0 | 0% | 65 | 98% | 66 |
| Gamble Rogers Middle | 1 | 2% | 2 | 4% | 53 | 95% | 56 |
| Landrum Middle | 4 | 6% | 3 | 5% | 55 | 89% | 62 |
| Pacetti Bay Middle | 0 | 0% | 6 | 8% | 71 | 92% | 77 |
| R.J. Murray Middle | 12 | 24% | 1 | 2% | 37 | 74% | 50 |
| Sebastian Middle | 2 | 5% | 2 | 5% | 39 | 91% | 43 |
| Switzerland Point Middle | 1 | 1% | 0 | 0% | 70 | 99% | 71 |
| **MIDDLE SCHOOL TOTAL** | **21** | **5%** | **14** | **3%** | **390** | **92%** | **425** |
| HIGH SCHOOLS | BLACK | % | OTHER | % | WHITE | % | TOTAL |
| Bartram Trail High | 5 | 5% | 5 | 5% | 97 | 91% | 107 |
| Creekside High | 3 | 3% | 2 | 2% | 96 | 95% | 101 |
| Nease High | 4 | 4% | 6 | 6% | 92 | 90% | 102 |
| Pedro Menendez High | 5 | 6% | 2 | 2% | 74 | 91% | 81 |
| Ponte Vedra High | 2 | 2% | 7 | 8% | 75 | 89% | 84 |
| St. Augustine High | 4 | 4% | 7 | 6% | 97 | 90% | 108 |
| St. Johns Technical High | 7 | 22% | 0 | 0% | 25 | 78% | 32 |
| **HIGH SCHOOL TOTAL** | **30** | **5%** | **29** | **5%** | **556** | **90%** | **615** |
| OTHER: NON-TRADITIONAL GRADE GROUPINGS | BLACK | % | OTHER | % | WHITE | % | TOTAL |
| First Coast Technical College (9-12) | 0 | 0% | 0 | 0% | 11 | 100% | 11 |
| Gaines Alternative (6-12) | 0 | 0% | 0 | 0% | 4 | 100% | 4 |
| SJCSC Transition (K-12) | 0 | 0% | 1 | 13% | 7 | 88% | 8 |
| Substitutes | 30 | 5% | 31 | 6% | 496 | 89% | 557 |
| Virtual School 7004 (K-12) | 3 | 6% | 3 | 6% | 44 | 88% | 50 |
| **OTHER: NON-TRADITIONAL GRADE GROUPINGS TOTAL** | **33** | **5%** | **35** | **6%** | **562** | **89%** | **630** |
| DISTRICT ADMINISTRATION | BLACK | % | OTHER | % | WHITE | % | TOTAL |
| SJCSD Administration | 2 | 4% | 4 | 5% | 76 | 93% | 82 |
| **DISTRICT ADMINISTRATION TOTAL** | **2** | **2%** | **4** | **5%** | **76** | **93%** | **82** |
| **DISTRICT TOTAL BY RACE** | **119** | **4%** | **107** | **4%** | **2794** | **93%** | **3020** |

EXHIBIT "B"

ST. JOHNS COUNTY SCHOOL DISTRICT
NON-INSTRUCTIONAL PERSONNEL
2015-2016 SY

| ELEMENTARY SCHOOLS | BLACK | % | OTHER | % | WHITE | % | TOTAL |
|---|---|---|---|---|---|---|---|
| Crookshank Elementary | 7 | 18% | 2 | 5% | 31 | 78% | 40 |
| Cunningham Creek Elementary | 5 | 15% | 2 | 6% | 26 | 79% | 33 |
| Durbin Creek Elementary | 2 | 8% | 2 | 8% | 22 | 85% | 26 |
| Hartley Elementary | 3 | 17% | 0 | 0% | 15 | 83% | 18 |
| Hickory Creek Elementary | 2 | 6% | 1 | 3% | 28 | 90% | 31 |
| Julington Creek Elementary | 3 | 7% | 0 | 0% | 42 | 93% | 45 |
| Ketterlinus Elementary | 2 | 7% | 1 | 4% | 25 | 89% | 28 |
| Mason Elementary* | 4 | 13% | 1 | 3% | 26 | 84% | 31 |
| Mill Creek Elementary | 8 | 21% | 4 | 11% | 26 | 68% | 38 |
| Ocean Palms Elementary | 5 | 17% | 4 | 14% | 20 | 69% | 29 |
| Osceola Elementary | 7 | 21% | 0 | 0% | 26 | 79% | 33 |
| Palencia Elementary | 2 | 10% | 3 | 14% | 16 | 76% | 21 |
| PVPV/Rawlings Elementary | 7 | 19% | 0 | 0% | 29 | 81% | 36 |
| R.B. Hunt Elementary | 4 | 13% | 2 | 6% | 26 | 81% | 32 |
| South Woods Elementary | 10 | 34% | 0 | 0% | 19 | 66% | 29 |
| Timberlin Creek Elementary | 3 | 7% | 4 | 9% | 37 | 84% | 44 |
| Wards Creek Elementary | 3 | 9% | 0 | 0% | 31 | 91% | 34 |
| Webster School | 15 | 33% | 4 | 9% | 27 | 59% | 46 |
| **ELEMENTARY SCHOOL TOTAL** | **92** | **15%** | **30** | **5%** | **472** | **79%** | **594** |

| K-8 SCHOOLS | BLACK | % | OTHER | % | WHITE | % | TOTAL |
|---|---|---|---|---|---|---|---|
| Liberty Pines Academy | 2 | 4% | 12 | 27% | 31 | 69% | 45 |
| Patriot Oaks Academy | 3 | 8% | 1 | 3% | 35 | 90% | 39 |
| Valley Ridge Academy | 6 | 11% | 9 | 16% | 42 | 74% | 57 |
| **K-8 SCHOOL TOTAL** | **11** | **8%** | **22** | **16%** | **108** | **77%** | **141** |

| MIDDLE SCHOOLS | BLACK | % | OTHER | % | WHITE | % | TOTAL |
|---|---|---|---|---|---|---|---|
| Fruit Cove Middle | 2 | 7% | 2 | 7% | 23 | 85% | 27 |
| Gamble Rogers Middle | 5 | 19% | 1 | 4% | 20 | 77% | 26 |
| Landrum Middle | 1 | 4% | 3 | 13% | 19 | 83% | 23 |
| Pacetti Bay Middle | 2 | 8% | 4 | 15% | 20 | 77% | 26 |
| R.J. Murray Middle | 6 | 32% | 0 | 0% | 13 | 68% | 19 |
| Sebastian Middle | 6 | 26% | 0 | 0% | 17 | 74% | 23 |
| Switzerland Point Middle | 7 | 25% | 2 | 7% | 19 | 68% | 28 |
| **MIDDLE SCHOOL TOTAL** | **29** | **17%** | **12** | **7%** | **131** | **76%** | **172** |

| HIGH SCHOOLS | BLACK | % | OTHER | % | WHITE | % | TOTAL |
|---|---|---|---|---|---|---|---|
| Bartram Trail High | 11 | 24% | 3 | 7% | 32 | 70% | 46 |
| Creekside High | 5 | 11% | 10 | 21% | 32 | 68% | 47 |
| Nease High | 6 | 15% | 5 | 12% | 30 | 73% | 41 |
| Pedro Menendez High | 7 | 21% | 1 | 3% | 25 | 76% | 33 |
| Ponte Vedra High | 4 | 9% | 2 | 5% | 37 | 86% | 43 |
| St. Augustine High | 17 | 35% | 5 | 10% | 26 | 54% | 48 |
| St. Johns Technical High | 3 | 30% | 0 | 0% | 7 | 70% | 10 |
| **HIGH SCHOOL TOTAL** | **53** | **20%** | **26** | **10%** | **189** | **71%** | **268** |

| OTHER: NON-TRADITIONAL GRADE GROUPINGS | BLACK | % | OTHER | % | WHITE | % | TOTAL |
|---|---|---|---|---|---|---|---|
| First Coast Technical College (9-12) | 7 | 37% | 1 | 5% | 11 | 58% | 19 |
| Gaines Alternative (6-12) | 1 | 25% | 1 | 25% | 2 | 50% | 4 |
| SJCSC Transition (K-12) | 3 | 21% | 1 | 7% | 10 | 71% | 14 |
| Virtual School 7004 (K-12) | 2 | 29% | 0 | 0% | 5 | 71% | 7 |
| **OTHER: NON-TRADITIONAL GRADE GROUPINGS TOTAL** | **13** | **30%** | **3** | **7%** | **28** | **64%** | **44** |

| DISTRICT ADMINISTRATION | BLACK | % | OTHER | % | WHITE | % | TOTAL |
|---|---|---|---|---|---|---|---|
| SJCSD Administration | 29 | 10% | 11 | 4% | 256 | 86% | 296 |
| **DISTRICT ADMINISTRATION TOTAL** | **29** | **10%** | **11** | **4%** | **256** | **86%** | **296** |

| **DISTRICT TOTAL BY RACE** | **227** | **15%** | **104** | **7%** | **1184** | **78%** | **1515** |

ST. JOHNS COUNTY SCHOOL DISTRICT
ADMINISTRATION PERSONNEL
2015-2016 SY

| ELEMENTARY SCHOOLS | BLACK | % | OTHER | % | WHITE | % | TOTAL |
|---|---|---|---|---|---|---|---|
| Crookshank Elementary | 1 | 33% | 0 | 0% | 2 | 67% | 3 |
| Cunningham Creek Elementary | 0 | 0% | 1 | 33% | 2 | 67% | 3 |
| Durbin Creek Elementary | 0 | 0% | 0 | 0% | 2 | 100% | 2 |
| Hartley Elementary | 0 | 0% | 0 | 0% | 2 | 100% | 2 |
| Hickory Creek Elementary | 0 | 0% | 0 | 0% | 2 | 100% | 2 |
| Julington Creek Elementary | 0 | 0% | 0 | 0% | 3 | 100% | 3 |
| Ketterlinus Elementary | 1 | 50% | 1 | 50% | 0 | 0% | 2 |
| Mason Elementary* | 1 | 50% | 0 | 0% | 1 | 50% | 2 |
| Mill Creek Elementary | 0 | 0% | 0 | 0% | 3 | 100% | 3 |
| Ocean Palms Elementary | 0 | 0% | 0 | 0% | 2 | 100% | 2 |
| Osceola Elementary | 0 | 0% | 0 | 0% | 3 | 100% | 3 |
| Palencia Elementary | 0 | 0% | 0 | 0% | 2 | 100% | 2 |
| PVPV/Rawlings Elementary | 0 | 0% | 0 | 0% | 3 | 100% | 3 |
| R.B. Hunt Elementary | 0 | 0% | 1 | 50% | 1 | 50% | 2 |
| South Woods Elementary | 0 | 0% | 0 | 0% | 3 | 100% | 3 |
| Timberlin Creek Elementary | 0 | 0% | 0 | 0% | 2 | 100% | 2 |
| Wards Creek Elementary | 0 | 0% | 0 | 0% | 2 | 100% | 2 |
| Webster School | 0 | 0% | 0 | 0% | 3 | 100% | 3 |
| **ELEMENTARY SCHOOL TOTAL** | **3** | **7%** | **3** | **7%** | **38** | **86%** | **44** |

| K-8 SCHOOLS | BLACK | % | OTHER | % | WHITE | % | TOTAL |
|---|---|---|---|---|---|---|---|
| Liberty Pines Academy | 0 | 0% | 0 | 0% | 3 | 100% | 3 |
| Patriot Oaks Academy | 0 | 0% | 0 | 0% | 3 | 100% | 3 |
| Valley Ridge Academy | 0 | 0% | 0 | 0% | 3 | 100% | 3 |
| **K-8 SCHOOL TOTAL** | **0** | **0%** | **0** | **0%** | **9** | **100%** | **9** |

| MIDDLE SCHOOLS | BLACK | % | OTHER | % | WHITE | % | TOTAL |
|---|---|---|---|---|---|---|---|
| Fruit Cove Middle | 1 | 33% | 0 | 0% | 2 | 67% | 3 |
| Gamble Rogers Middle | 0 | 0% | 0 | 0% | 2 | 100% | 2 |
| Landrum Middle | 1 | 33% | 0 | 0% | 2 | 67% | 3 |
| Pacetti Bay Middle | 0 | 0% | 0 | 0% | 3 | 100% | 3 |
| R.J. Murray Middle | 0 | 0% | 0 | 0% | 2 | 100% | 2 |
| Sebastian Middle | 0 | 0% | 0 | 0% | 3 | 100% | 3 |
| Switzerland Point Middle | 0 | 0% | 0 | 0% | 3 | 100% | 3 |
| **MIDDLE SCHOOL TOTAL** | **2** | **11%** | **0** | **0%** | **17** | **89%** | **19** |

| HIGH SCHOOLS | BLACK | % | OTHER | % | WHITE | % | TOTAL |
|---|---|---|---|---|---|---|---|
| Bartram Trail High | 1 | 25% | 0 | 0% | 3 | 75% | 4 |
| Creekside High | 1 | 25% | 0 | 0% | 3 | 75% | 4 |
| Nease High | 1 | 25% | 0 | 0% | 3 | 75% | 4 |
| Pedro Menendez High | 0 | 0% | 0 | 0% | 3 | 100% | 3 |
| Ponte Vedra High | 0 | 0% | 0 | 0% | 3 | 100% | 3 |
| St. Augustine High | 1 | 33% | 0 | 0% | 2 | 67% | 3 |
| St. Johns Technical High | 1 | 50% | 0 | 0% | 1 | 50% | 2 |
| **HIGH SCHOOL TOTAL** | **5** | **22%** | **0** | **0%** | **18** | **78%** | **23** |

| OTHER: NON-TRADITIONAL GRADE GROUPINGS | BLACK | % | OTHER | % | WHITE | % | TOTAL |
|---|---|---|---|---|---|---|---|
| First Coast Technical College (9-12) | 5 | 9% | 1 | 2% | 47 | 89% | 53 |
| Gaines Alternative (6-12) | 0 | 0% | 1 | 0% | 2 | 100% | 3 |
| SJCSC Transition (K-12) | n/a | n/a | n/a | n/a | n/a | n/a | n/a |
| Virtual School 7004 (K-12) | 0 | 0% | 0 | 0% | 1 | 100% | 1 |
| **OTHER: NON-TRADITIONAL GRADE GROUPINGS TOTAL** | **5** | **9%** | **2** | **4%** | **50** | **88%** | **57** |

| DISTRICT ADMINISTRATION | BLACK | % | OTHER | % | WHITE | % | TOTAL |
|---|---|---|---|---|---|---|---|
| SJCSD Administration | 23 | 7% | 10 | 3% | 292 | 90% | 325 |
| **DISTRICT ADMINISTRATION TOTAL** | **23** | **7%** | **10** | **3%** | **292** | **90%** | **325** |

| **DISTRICT TOTAL BY RACE** | **38** | **8%** | **15** | **3%** | **424** | **89%** | **477** |

## ST. JOHNS COUNTY SCHOOL DISTRICT
## NON-INSTRUCTIONAL PERSONNEL: FOOD SERVICE, MAINTENANCE TRANSPORTATION MANAGEMENT
## 2015-2016 SY

| FOOD SERVICE | BLACK | % | OTHER | % | WHITE | % | TOTAL |
|---|---|---|---|---|---|---|---|
| Food Service Managers (School-based) | 2 | 6% | 1 | 3% | 31 | 91% | 34 |
| Food Service District Administration | 1 | 11% | 0 | 0% | 8 | 89% | 9 |
| | | | | | | | |
| MAINTENANCE | BLACK | % | OTHER | % | WHITE | % | TOTAL |
| Maintenance Managers (School-based) | 1 | 3% | 0 | 0% | 34 | 97% | 35 |
| Maintenance District Administration | 1 | 25% | 0 | 0% | 3 | 75% | 4 |
| | | | | | | | |
| TRANSPORTATION | BLACK | % | OTHER | % | WHITE | % | TOTAL |
| Transportation District Administration | 1 | 13% | 1 | 13% | 6 | 75% | 8 |

ST. JOHNS COUNTY SCHOOL DISTRICT
CAPACITY, ENROLLMENT and % OF STUDENTS IN RELOCATABLES

| Elementary Schools | 2015-2016 Permanent Student Stations | 2015-2016 Permanent Capacity | 2015-2016 Relocatable Student Stations | 2015-2016 Total Student Stations | 2015-2016 Total Capacity | 2015-2016 1st 20-Day Enrollment | Percentage of Student Stations in Relocatables |
|---|---|---|---|---|---|---|---|
| Crookshank Elementary | 546 | 546 | 275 | 821 | 821 | 749 | 36.72% |
| Cunningham Creek Elementary | 646 | 646 | 448 | 1094 | 1094 | 939 | 47.71% |
| Durbin Creek Elementary | 858 | 858 | 372 | 1230 | 1230 | 555 | 67.03% |
| Hartley Elementary | 729 | 729 | 0 | 729 | 729 | 691 | 0.00% |
| Hickory Creek Elementary | 760 | 760 | 0 | 760 | 760 | 625 | 0.00% |
| Julington Creek Elementary | 1028 | 1028 | 90 | 1118 | 1118 | 977 | 9.21% |
| Ketterlinus Elementary | 485 | 485 | 0 | 485 | 485 | 436 | 0.00% |
| Mason Elementary | 669 | 669 | 0 | 669 | 669 | 585 | 0.00% |
| Mill Creek Elementary | 963 | 963 | 152 | 1115 | 1115 | 1094 | 13.89% |
| Ocean Palms Elementary | 667 | 667 | 234 | 901 | 901 | 811 | 28.85% |
| Osceola Elementary | 748 | 748 | 108 | 856 | 856 | 619 | 17.45% |
| Palencia Elementary | 731 | 731 | 0 | 731 | 731 | 708 | 0.00% |
| PVPV/Rawlings Elementary | 1333 | 1333 | 54 | 1387 | 1387 | 1025 | 5.27% |
| RB Hunt Elementary | 555 | 555 | 144 | 699 | 699 | 652 | 22.09% |
| South Woods Elementary | 634 | 634 | 108 | 742 | 742 | 573 | 18.85% |
| Timberlin Creek Elementary | 760 | 760 | 270 | 1030 | 1030 | 906 | 29.80% |
| Wards Creek Elementary | 760 | 760 | 224 | 984 | 984 | 891 | 25.14% |
| Webster Elementary | 959 | 959 | 36 | 995 | 995 | 549 | 6.56% |
| TOTAL | 13831 | 13831 | 2515 | 16346 | 16346 | 13385 | 18.79% |
| Middle Schools/K-8 | 2015-2016 Permanent Student Stations | 2015-2016 Permanent Capacity | 2015-2016 Relocatable Student Stations | 2015-2016 Total Student Stations | 2015-2016 Total Capacity | 2015-2016 1st 20-Day Enrollment | Percentage of Student Stations in Relocatables |
| Fruit Cove Middle | 1200 | 1080 | 220 | 1420 | 1278 | 1171 | 18.79% |
| Gamble Rogers Middle | 1005 | 905 | 0 | 1005 | 905 | 837 | 0.00% |
| Landrum Middle | 1052 | 947 | 198 | 1250 | 1125 | 1109 | 17.85% |
| Liberty Pines Academy | 1276 | 1148 | 380 | 1656 | 1490 | 1407 | 27.01% |
| Murray Middle | 1093 | 984 | 0 | 1093 | 984 | 714 | 0.00% |
| Pacetti Bay Middle | 1181 | 1063 | 220 | 1401 | 1261 | 1208 | 18.21% |
| Patriot Oaks Academy | 1288 | 1159 | 264 | 1552 | 1397 | 1336 | 19.76% |
| Sebastian Middle | 906 | 815 | 0 | 906 | 815 | 621 | 0.00% |
| Switzerland Point Middle | 985 | 887 | 132 | 1117 | 1005 | 1238 | 10.66% |
| Valley Ridge Academy | 1288 | 1159 | 440 | 1728 | 1555 | 1425 | 30.88% |
| TOTAL | 11274 | 10147 | 1854 | 13128 | 11815 | 11066 | 16.75% |
| High Schools | 2015-2016 Permanent Student Stations | 2015-2016 Permanent Capacity | 2015-2016 Relocatable Student Stations | 2015-2016 Total Student Stations | 2015-2016 Total Capacity | 2015-2016 1st 20-Day Enrollment | Percentage of Student Stations in Relocatables |
| Bartram Trail High | 2049 | 1947 | 25 | 2074 | 1970 | 2109 | 1.19% |
| Creekside High | 1518 | 1442 | 450 | 1968 | 1870 | 2013 | 22.35% |
| Nease High | 1475 | 1328 | 600 | 2075 | 1868 | 2071 | 28.97% |
| Pedro Menendez High | 1517 | 1441 | 50 | 1567 | 1489 | 1409 | 3.55% |
| Ponte Vedra High | 1618 | 1537 | 50 | 1668 | 1585 | 1627 | 3.07% |
| St. Augustine High | 1876 | 1782 | 25 | 1901 | 1806 | 1696 | 1.47% |
| TOTAL | 10053 | 9476.6 | 1200 | 11253 | 10586.6 | 10925 | 10.98% |
| Other Schools | 2015-2016 Permanent Student Stations | 2015-2016 Permanent Capacity | 2015-2016 Relocatable Student Stations | 2015-2016 Total Student Stations | 2015-2016 Total Capacity | 2015-2016 1st 20-Day Enrollment | Percentage of Student Stations in Relocatables |
| Evelyn Hamblen | 263 | 237 | 0 | 263 | 237 | 62 | 0.00% |
| St. Johns Technical High | 184 | 166 | 125 | 309 | 278 | 266 | 46.99% |
| TOTAL | 447 | 402 | 125 | 572 | 515 | 328 | 38.11% |
| | | | | | | | |
| OVERALL TOTAL | 35605 | 33856.5 | 5694 | 41299 | 39262.6 | 35704 | 15.95% |

EXHIBIT "C"