**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA,

Plaintiff,

Case No. 3:70-cv-636-TJC-PDB

v.

BAKER COUNTY SCHOOL DISTRICT, et al.,
Defendants.

---

**ORDER**

Upon review of the Joint Stipulation of Dismissal with Prejudice (Doc. 112), filed on August 7, 2025, Pasco County School District is dismissed with prejudice. Each party shall bear its own attorneys' fees and costs.

**DONE AND ORDERED** in Jacksonville, Florida this 15th day of August, 2025.

Timothy J. Corrigan
TIMOTHY J. CORRIGAN
Senior United States District Judge

ddw
Copies:

Counsel of record